1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>  Plaintiff-Respondent,<br><br>  v.<br><br>MARIO CEJA MAGANA,<br><br>  Defendant-Petitioner. | ***E-FILED - 11/7/07***<br><br>CASE NOS.  C-06-03064-RMW (PR)<br>         CR-96-20057-RMW<br><br>ORDER REQUIRING RESPONSE |
|---|---|

Mario Ceja Magana has filed a motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct his sentence pursuant to the Ninth Circuit's authorization to file a second or successive motion. The government is ordered to file a response by December 7, 2007 pursuant to Rules 4 and 5 governing § 2255 motions.

DATED:     November 6, 2007

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

1
2  Copy of Order E-Filed and Mailed on 11/7/07   to:
3  Jeffrey D. Nedrow
   Assistant United States Attorney
4  280 South First Street
   San Jose, CA 95113
5
           Attorney for Plaintiff-Respondent United States of America
6
7  Mario Ceja Magana
   Reg. No. 00343-111
8  FCI Ashland
   P.O. Box 6001
9  Ashland, Kentucky 41105
10          Defendant-Petitioner in Pro Se
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER REQUIRING RESPONSE**
**CASE NOS. C-06-03064-RMW (PR); CR-96-20057-RMW**